## AFFIDAVIT

I, L. SIMONE THIGPEN, state:

### *INTRODUCTION AND AGENT BACKGROUND*

1. I am a Senior Special Agent with the United States Department of the Treasury, Office of Inspector General ("TIG") assigned to the Washington, DC headquarters. I have 17 years of experience in federal law enforcement. Prior to the TIG, I was a United States Secret Service Special Agent for eight years. As part of my official duties as a TIG agent, I conduct criminal investigations related to fraud against programs of the United States Department of the Treasury. I have also investigated cases involving identity theft and fraud, including bank, mail, and wire fraud. I successfully completed the Criminal Investigator Training Program, the Inspector General Training Program, and the Seized Computer Evidence Recovery Specialist Training Program at the Federal Law Enforcement Training Center in Glynn County, Georgia.

2. I submit this affidavit in support of an application for a criminal complaint charging YVONETTE JOSEPH ("JOSEPH") with theft of government funds, in violation of 18 U.S.C. § 641. As further described below, there is probable cause to believe that in or about November 2021, JOSEPH fraudulently received Emergency Rental Assistance ("ERA") payments as the purported landlord for alleged tenants of a property located on Wilshire Boulevard in Los Angeles, California (the "Property") and converted the ERA funds for her own use and the use of her husband.

3. The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all of my knowledge about this matter.

*PROBABLE CAUSE TO BELIEVE THAT A FEDERAL CRIME WAS COMMITTED*

4. The Treasury Department's two ERA programs ("ERA-1" and "ERA-2") provided communities with more than $46 billion to support housing stability for eligible renters throughout the COVID-19 pandemic. The Consolidated Appropriations Act of 2021 established the ERA-1 program to provide $25 billion to assist eligible households with financial assistance and housing stability services. The American Rescue Plan Act of 2021 established the ERA-2 program to provide $21.55 billion to assist eligible households with financial assistance, provide housing stability services, and, as applicable, to cover the costs for other affordable rental housing and eviction prevention activities. The Treasury provided ERA funds directly to states, U.S. territories, and local governments, which then distributed the funds on behalf of renters for the payment of rent, rental arrears, utilities and home energy costs and arrears, and certain other expenses related to housing.

5. In California, the California Department of Housing & Community Development ("CA HCD") managed the distribution of ERA funds. CA HCD electronically received applications from tenants seeking ERA funds. In the applications, tenants provided, among other information, (a) their name, address, and contact information; (b) an attestation regarding the financial impact of COVID-19 on their household; (c) their landlord's contact information, monthly rent, and amount of back rent owed; and (d) their income information and proof of identification. Tenants could also submit supporting documentation, such as tax returns or a lease agreement. Additionally, before submission, the application required tenants to acknowledge that "falsification of information or any material falsehoods or omissions in the Application, including knowingly seeking duplicative benefits, is subject to state and federal criminal penalties . . . [and] that Title 18, Section 1001 of the United States Code states that a person shall be fined or

imprisoned for up to five (5) years for knowingly and willfully making any materially false or fraudulent statement or representation to any U.S. Department or Agency." The application further required tenants to certify that all information provided in the application was true, accurate, and complete.

6.  In or about September 2021, the CA HCD received electronic ERA applications in the names of twelve purported tenants of the Property. The following chart summarizes the ERA Application ID number, purported tenant name, submission date, and the rent requested:

| Application ID | Purported Tenant Name[1] | Application Date | Amount Requested |
|---|---|---|---|
| 819170 | L.R. | 9/21/2021 | $26,950 |
| 819171 | J.N. | 9/21/2021 | $34,045 |
| 819172 | S.V. | 9/21/2021 | $24,760 |
| 819173 | S.T. | 9/21/2021 | $25,488 |
| 819174 | W.B. | 9/21/2021 | $21,240 |
| 819175 | N.N. | 9/21/2021 | $31,160 |
| 819176 | C.T. | 9/21/2021 | $42,845 |
| 819177 | A.D. | 9/21/2021 | $35,600 |
| 819178 | A.A. | 9/21/2021 | $22,250 |
| 819179 | R.K. | 9/21/2021 | $32,865 |
| 819180 | A.H. | 9/21/2021 | $23,380 |
| 819181 | Q.L. | 9/21/2021 | $52,605 |
| | | **TOTAL:** | **$373,188** |

7.  In each application, the purported tenant checked the box to acknowledge the potential criminal penalties for providing false information and certified that all information in the respective application was true, accurate, and complete.

8.  Each application identified JOSEPH as the landlord of the Property, along with an address in Holliston, Massachusetts, where, according to public records databases and bank records in her name, JOSEPH lived at the time. Each application identified JOSEPH's email

---

[1] To protect the privacy of individuals whose identities may have been stolen, I have used only the purported tenants' initials.

address as pius_mark@[domain].com.² Records from the email provider show that the pius_mark@[domain].com account was registered on October 13, 2020, and used a Nigerian phone number as its verified recovery phone.

9. Some of the purported tenants also submitted supporting documentation, including a lease agreement that listed JOSEPH as the landlord and provided the Holliston address for notice purposes. Some of the purported tenants also submitted scans of their purported driver's licenses and purported IRS Forms 1099 showing their income in tax year 2020.

10. Additionally, on or about September 20, 2021, a landlord certification in JOSEPH's name was electronically submitted to CA HCD. This certification identified JOSEPH as the landlord of the Property, listed JOSEPH's email address as pius_mark@[domain].com, and provided JOSEPH's true Social Security number, which I verified through law enforcement databases and bank records. The certification further (a) identified each of the twelve purported tenants listed in the chart above as tenants of the Property; (b) included a certification that all information provided was true, accurate, and complete; and (c) acknowledged:

> [F]alsification of information or any material falsehoods or omissions in the Application, including knowingly seeking duplicative benefits, is subject to state and federal criminal penalties. I understand that I am particularly put on notice that Title 18, Section 1001 of the United States Code states that a person shall be fined or imprisoned for up to five (5) years for knowingly and willfully making any materially false or fraudulent statement or representation to any U.S. Department or Agency.

11. However, JOSEPH was not an owner, landlord, tenant, or in any way affiliated with the Property. Rather, public records show that, since 2006, a family trust unrelated to JOSEPH has owned the Property. The management company for the Property confirmed to investigators that JOSEPH is not the landlord of the Property.

---

² I have redacted the domain of the email provider to protect privacy.

12.     Based on the tenant applications and landlord submissions, CA HCD approved the disbursement of ERA funds to JOSEPH for purported tenants L.R., C.T., and A.D. CA HCD denied the other nine ERA applications.

13.     The following chart summarizes the ERA funds that CA HCD directed Bill.com, a third-party financial processor, to disburse to JOSEPH as the landlord for purported tenants L.R., C.T., and A.D.:

| Application ID | Purported Tenant Name | Payment Date | Amount |
| --- | --- | --- | --- |
| 819170 | L.R. | 11/2/2021 | $26,950 |
| 819176 | C.T. | 11/2/2021 | $42,845 |
| 819177 | A.D. | 11/2/2021 | $4,450 |
| 819177 | A.D. | 11/2/2021 | $31,150 |
|  |  | TOTAL: | $105,395 |

14.     On or about November 1, 2021, Bill.com directed corresponding deposits to a Citizens Bank checking account in JOSEPH's name with an account number ending in 0827 ("the 0827 Account"), as follows:

| Payment Receipt Date | Payer | Amount | Recipient |
| --- | --- | --- | --- |
| 11/1/2021 | Bill.com | $4,405.50 | 0827 Account |
| 11/1/2021 | Bill.com | $26,680.50 | 0827 Account |
| 11/1/2021 | Bill.com | $31,150.00 | 0827 Account |
| 11/1/2021 | Bill.com | $42,416.55 | 0827 Account |
| 11/2/2021 | Bill.com | $0.01 | 0827 Account |
|  | TOTAL: | $104,652.56 |  |

15.     Citizens Bank records show that JOSEPH opened the 0827 Account on or about September 29, 2003. The records also show transactions consistent with JOSEPH's control of the account. For example, the records show that JOSEPH received payroll deposits from five different home health care companies between June 2020 and December 2021 into the 0827 Account and wrote rent checks to her landlord for her Holliston apartment from the account. JOSEPH also wrote at least three checks to herself from the 0827 Account and deposited at least three checks payable

5

to her daughter but signed over to JOSEPH into the account. Citizens Bank records show statements for the 0827 Account were addressed to JOSEPH's address in Holliston.

16.     Citizens Bank records show that, on or about November 9, 2021, there was a $50,000 cash withdrawal from the 0827 Account. On or about the same day, there was a $49,000 cash deposit into a TD Bank savings account in JOSEPH's name with an account number ending in 2311 ("the 2311 Account") at a branch in Milford, Massachusetts, which is approximately a 15-minute drive from JOSEPH's apartment in Holliston. TD Bank records show statements for the 2311 Account were addressed to JOSEPH's address in Holliston and reflect transactions consistent with JOSEPH's control of the account, including (a) payroll deposits from two different home health care companies between 2020 and 2021, (b) withdrawal slips for which JOSEPH presented her Massachusetts driver's license as a form of identification, and (c) electronic transfers to a TD Bank checking account in JOSEPH's name with an account number ending in 9620 ("the 9620 Account") beginning in November 2021. TD Bank records show that JOSEPH opened the 9620 Account on or about November 12, 2021, and provided her true Social Security number and Massachusetts driver's license number, as well as her Holliston address, to TD Bank when opening the account.

17.     Citizens Bank records show that on or about November 15, 2021, there was a wire transfer of approximately $45,850 from the 0827 Account to the 2311 Account. TD Bank records show that, on or about November 15, 2021, there was a wire transfer of approximately $25,000 from the 2311 Account, through an intermediary bank, to a Nigerian bank account at United Bank for Africa with an account number ending in 7324 in the name of Clinton Nnaemeku Uzoma. TD Bank records show that the reason for the wire was "FUNDS TO FAMILY MEMBER." I have

reviewed a Nigerian marriage certificate showing that JOSEPH and Uzoma were married on or about May 21, 2021.

## CONCLUSION

18. Based on the information described above, there is probable cause to believe that, in or about November 2021, JOSEPH knowingly and willfully stole, purloined, and converted to her use and the use of another, ERA payments in a total amount greater than $1,000, in violation of 18 U.S.C. § 641.

Respectfully submitted,

*L. Simone Thigpen*
L. SIMONE THIGPEN
Special Agent
U.S. Department of the Treasury
Office of Inspector General

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by

*Judith G. Dein*
Hon. Judith Gail Dein
United States Magistrate Judge

on August **Aug 20, 2025**